Decided September 4, 2003

MARY PIKULSKI *v.* WATERBURY HOSPITAL
HEALTH CENTER

The plaintiff's petition for certification for appeal from the Appellate Court, 77 Conn. App. 234 (AC 22810), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that an award for economic damages can be reduced by payments from collateral sources for medical bills for which the jury did not award the plaintiff damages?"

The Supreme Court docket number is SC 17048.

*William F. Gallagher, Hugh D. Hughes, William Yelenak* and *Garrett Moore*, in support of the petition.

*James P. Brennan*, in opposition.

Decided September 4, 2003